DE CASTRO, WEST, CHODOROW,
    GLICKFELD & NASS, INC.
JERRY L. KAY (State Bar No. 53868)
10960 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024-3881
Telephone: (310) 478-2541
Fax: (310) 473-0123

Attorneys for SCOTT PROPERTIES &
DSL CONSTRUCTION CORP.

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN SANTIAGO ) | CASE NO. CV 08-01597 DDP (SSx) |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | [Lodged with Court, Motion for Summary Judgment or Partial Summary Judgment and Separate Statement of Uncontroverted Fact filed concurrently herewith] |
| SCOTT PROPERTIES, DSL ) CONSTRUCTION CORP. ) | |
| ) | |
| Defendants. ) | Judge: The Hon. Dean D. Pregerson |
| ) | |
| ) | Hearing Date: June 22, 2009 |
| ) | Hearing Time: 10:00 AM |
| ) | Hearing Location: U.S. Courthouse Spring Street - Courtroom #3 |

    This action came on for hearing before the Court on June 22, 2009, The Hon. Dean D. Pregerson, Presiding, on a Motion for Summary Judgment or Partial Summary Judgment brought by Defendants D.S.L. Construction Corp., and Scott Properties. Jerry L. Kay, Esq., of DeCastro, West, Chodorow, Glickfeld & Nass, Inc., appeared for the Defendant and moving party. Gregory Bowen Byberg, Esq., Law Offices of Gregory B. Byberg, appeared for the Plaintiff and

JUDGEMENT

1  responding party, Plaintiff, Ms. Dawn Santiago, in opposition.

2  After having considered the evidence presented, and the argument of counsel, the issues
3  have been duly heard and a decision has been duly rendered.

5  **IT IS HEREBY ORDERED AND ADJUDGED:**

6  (1) That the Plaintiff take nothing;

7  (2) That all claims against "Scott Properties" are dismissed;

8  (3) Defendant D.S.L. Construction Corp. is the prevailing party, and is entitled to
9  move
10 for recovery of reasonable attorney fees and costs;

11 (4) Except as provided in (3) above, this action is to be dismissed; AND

12 (5) This dismissal is made on the merits, and with prejudice,

DATED: July 22, 2009

_____
THE HON. DEAN D. PREGERSON,
U.S. District Judge

DE CASTRO, WEST, CHODOROW, GLICKFELD & NASS, INC.
FOURTEENTH FLOOR EAST
10960 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90024-3881
TELEPHONE (310) 478-2541